

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00276-CV

Martin M. **PARRA**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20505
Honorable Gloria Saldaña, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant, Martin M. Parra, in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on July 16, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_____
Keith E. Hottle, Clerk